No. 40316.—Protests 938446–G, etc., of O. Yoshizawa Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of imitation leather hat sweats the same as those the subject of Abstract 39152. The claim at 37½ percent under paragraph 919 was therefore sustained.

BEFORE THE THIRD DIVISION, JANUARY 5, 1939

No. 40317.—Protest 967027–G of R. C. Williams & Co., Inc. (New York).

Opinion by EVANS, J.   It now appears that there is a claim in the amendment to the protest that the wine is subject only to a 5-cent per wine gallon assessment under section 1300 of the internal-revenue act as amended in 1936.   That claim was found to be also well taken and was sustained.

No. 40318.—Protest 959920–G of S. B. Penick & Co., Inc. (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Penick* v. *United States* (T. D. 48764) the fenugreek seed in question was held free of duty under paragraph 1669 as claimed.

No. 40319.—Protest 958843–G of Moscahlades Bros., Inc. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of origan or herb leaves similar to the merchandise the subject of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242).   The claim for free entry under paragraph 1722 was therefore sustained.

No. 40320.—Protest 938264–G of Van Dyk & Reeves, Inc. (Seattle).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 40321.—Protest 970704–G of Mattia Locatelli N. Y. Branch, Inc. (New York).

Opinion by KEEFE, J.   It appeared that the merchandise is cheese similar to that the subject of *Locatelli* v. *United States* (T. D. 49389).   The protest was therefore sustained.